United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-40797

_____

DANIEL GLEN WHITE,

Plaintiff - Appellee-Cross-Appellant,

versus

PGS AMERICAS INC.,

Defendant - Appellant-Cross-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas, Galveston
USDC No. 3:03-CV-936

_____

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM:*

AFFIRMED.  <u>See</u> 5TH CIR. R. 47.6.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.